## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** <br> **CONSOLIDATED LITIGATION** <br><br> **PERTAINS TO:** <br> **INSURANCE (#07-4312)** <br><br> **MAXIMUS DEVELOPMENT, INC.** <br><br> **VERSUS** <br><br> **ZURICH INSURANCE D/B/A** <br> **MARYLAND CASUALTY COMPANY** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO.: 05-4182** <br><br> **SECTION: K** <br><br> **MAGISTRATE: 2** |

\* \* \* \* \* \* \* \*

## O R D E R

**IT IS HEREBY ORDERED**, that defendant, Maryland Casualty Company's, Unopposed Motion to Remand be and is hereby **GRANTED**, and the above-captioned matter is remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, for all further proceedings.

New Orleans, Louisiana, this 17th day of March, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**